**Order entered January 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00644-CV

**MURPHY OIL USA, INC. D/B/A MURPHY OIL USA #7350, Appellant**

**V.**

**DONNETTA STEGALL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08452**

### ORDER

Before the Court is appellee's January 7, 2022 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **February 7, 2022**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
           JUSTICE